IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ML-CFC 2007-6 PUERTO RICO PROPERTIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BPP RETAIL PROPERTIES, LLC,**<br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>**C-III ASSET MANAGEMENT, LLC; GREYSTONE SPECIAL SERVICING CORP.; LNR PARTNERS, LLC; JONES LANG LASALLE AMERICAS, INC.; JLL PUERTO RICO REALTY G.P., INC.; CWCAPITAL ASSET MANAGEMENT, LLC,**<br><br>Third-Party Defendants. | CIVIL NO.: 17-1199 (RAM)<br><br>RE: COLLECTION OF MONIES, FORECLOSURE OF MORTGAGE AND OTHER RELIEF |

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND MUTUAL RELEASE

**TO THE HONORABLE COURT:**

  **COME NOW**, Defendant and Third-Party Plaintiff, BPP Retail Properties, LLC ("BPP"), and Third-Party Defendants JLL Puerto Rico Realty GP, Inc., and Jones Lang LaSalle Americas, Inc., jointly (the "Parties"), through the undersigned counselors and hereby state and pray as follows:

  1. In its pertinent part, Fed. R. Civ. Proc. 41(a)(1)(A)(ii) states that "the plaintiff may dismiss an action without a court order by filing ... a stipulation of dismissal signed by all parties who have appeared."

1

2. Fed. R. Civ. Proc. 41(B) commands that, "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice."

3. In compliance with Fed. R. Civ. Proc. 41(a)(1)(A)(ii) and 41(B), the appearing Parties hereby stipulate the dismissal *with prejudice* of the Amended Third-Party Complaint filed by BPP in the captioned action against the appearing Third-Party Defendants, including the dismissal *with prejudice* of all claims asserted or those related in any way to this action that could have been asserted by any of the Parties, and the mutual release of all claims and defenses related in any way to this action that could have been asserted by any of the Parties. The Parties agree that any claims concerning any of the allegations in the Amended Third-Party Complaint and the original Third-Party Complaint (Dkt. Nos. 709 and 101) are included within those that could have been asserted related in any way to this action.

4. Each one of the Parties will bear its own costs, expenses, and attorneys' fees.

**WHEREFORE**, the appearing Parties request that the Court take notice of the foregoing and dismiss all claims and defenses asserted in the captioned case, or those related in any way to this action that could have been asserted, including but not limited to any counterclaim or third-party complaint, by the Parties, *with prejudice,* and without the imposition of costs or attorneys' fees, and recognize that the Parties have released all claims and defenses that could have been asserted by them related in any way to this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of September, 2022.

**I HEREBY CERTIFY**: That the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**GURLEY & ASSOCIATES**
*Attorneys for Defendant and Third-Party Plaintiff BPP Retail Properties, LLC*
PO Box 8387
Fernández Juncos Station
San Juan, PR 00910-8387
TEL. (787) 522-0525
FAX   (787) 764-8241

s/Alfredo Fernández Martínez
**ALFREDO FERNÁNDEZ MARTÍNEZ**
USDC-PR #210511
afernandez@gurleyassociates.com

s/Carlos R. Baralt Suárez
**CARLOS R. BARALT SUAREZ**
USDC-PR #301510
CBaralt-Suarez@gurleyassociates.com


**TORO COLÓN MULLET, P.S.C.**
*Attorneys for Third Party Defendants Jones Lang LaSalle Americas, Inc. and JLL Puerto Rico Realty GP, Inc.*
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

S/MANUEL FERNÁNDEZ-BARED
**MANUEL FERNÁNDEZ-BARED**
USDC-PR No. 204,204
E-mail: mfb@tcm.law

S/ NAYDA I. PÉREZ ROMÁN
**NAYDA I. PÉREZ ROMÁN**
USDC-PR No. 300,208
Email: nperez@tcm.law

3